# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KELTON L. SPANN

VERSUS

CHARLES E. TAYLOR

NO.   2021 CW 0600

**OCTOBER 01, 2021**

---

In Re:    Kelton L. Spann, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 113769.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely as to the trial court's September 23, 2020 judgment, which denied the Motion for Summary Judgment filed by plaintiff, Kelton Spann ("Spann"). Spann filed a Notice of Intent to File Supervisory Writ on November 17, 2020, more than thirty days after service of the September 23, 2020 judgment. Moreover, even if the notice of intent had been timely filed, the original writ application was filed after the return date of December 23, 2020. See Uniform Rules, Louisiana Courts of Appeal, Rules 4-2 & 4-3; La. Code Civ. P. art. 1914.

**PMc**
**JEW**

**Theriot, J.**, would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT